**ROBERT WISNIEWSKI P.C.**
ATTORNEYS-AT-LAW

225 BROADWAY, SUITE 1020 • NEW YORK, NY 10007
TEL: (212) 267-2101 • FAX: (212) 587-8115
WEBSITE: www.rwapc.com

December 8, 2017

Hon. Ramon E. Reyes, USMJ
United States District Court for the
Eastern District of New York
225 Cadman Plaza E
Brooklyn, New York 11201
    *VIA ECF*

Re: **Montes v. Finest Deli & Grocery Corp. et al.**
    **Docket No.: 17-cv-05040 (ARR) (RER)**

Dear Judge Reyes,

    I represent Plaintiff in this action. I write respectfully pursuant to your December 1, 2017 text order, to provide a status report on the instant action.

    Plaintiff brought this action for unpaid wages and unpaid overtime wages in violation of state and federal law. Plaintiff served the Summons and Complaint on the Corporate Defendant on September 7, 2017. The affidavit of service was filed on September 19, 2017. *Dkt. No. 9*. Plaintiff served the Summons and Complaint on the Individual Defendant on September 7, 2017. The affidavit of service was filed on September 14, 2017. *Dkt. No. 7*.

    Defendants have failed to serve an Answer or otherwise respond to the Summons and Complaint. On December 7, 2017, Plaintiff requested an Entry of Default. *Dkt. No. 10*. Once the Default is noted pursuant to Rule 55(a), Plaintiff will move for Default Judgment.

    Thank you for your attention to the foregoing.

    Respectfully submitted,

    ----------------/s/---------------
    Robert Wisniewski